Jonathan Yong, SBN: 310444
**Gator Law, P.C.**
2 North Central Avenue, Suite 1800
Phoenix, AZ 85004
Tel: (385) 324-5471
Email: attorneys@gatorlawpc.com
**Attorney for Plaintiff, Roman Markert**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# CIVIL DIVISION

| | |
|---|---|
| ROMAN MARKERT,<br><br>       Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendant. | Case No. 8:25-cv-01211<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Roman Markert ("Plaintiff"), and Defendant, Experian Information Solutions Inc., ("EXPERIAN"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to EXPERIAN once settlement documents have been

1

exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Dated: 07/29/2025                               Respectfully submitted,

*/s/ Jonathan Yong*
Jonathan Yong
**Gator Law, P.C.**
2 N Central Avenue
Suite 1800
Phoenix, AZ 85004
P: (385) 324-5471
E: attorneys@gatorlawpc.com

**Attorneys for Plaintiff,
Roman Markert**

## CERTIFICATE OF SERVICE

I certify that on 07/29/2025, I served Plaintiff Roman Markert's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

>*/s/ Jonathan Yong*
>Jonathan Yong
>**Gator Law, P.C.**
>2 N Central Avenue
>Suite 1800
>Phoenix, AZ 85004
>P: (385) 324-5471
>E: attorneys@gatorlawpc.com
>
>**Attorneys for Plaintiff,
>Roman Markert**